

**IT IS ORDERED as set forth below:**

**Date: January 16, 2014**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARY REID FIELDS, | ) | CASE NO. 13-65512-JRS |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| MARY REID FIELDS, | ) | |
| | ) | |
| MOVANT, | ) | **CONTESTED MATTER** |
| | ) | |
| v. | ) | |
| | ) | |
| BUFFALO WATER, | ) | |
| | ) | |
| RESPONDENT. | ) | |

**ORDER SUSTAINING MOVANT'S OBJECTION TO RESPONDENT'S CLAIM NO. 5-1**

On October 14, 2013, Debtor, Mary Reid Fields, filed an "Objection to the Proof of Claim and Motion to Disallow Claim as Filed" filed by the Respondent (Doc. No. 20) ("the Motion") and a hearing was held on the matter on November 21, 2013. In the Motion, the

Movant objected to the classification of the Claim as priority unsecured debt and that the claim was a duplicate claim. At the call of the calendar, no party of interest to the Objection voiced opposition to the Motion. Accordingly, it is hereby:

**ORDERED** that Debtor's Motion is ***granted***. Respondent's claim in the amount of $1,962.36 is disallowed as priority unsecured debt, and allowed as general unsecured debt.

The clerk is directed to serve this order upon Debtor, Debtor's counsel, the Chapter 13 Trustee and any interested party as reflected in the attached distribution list.

**[END OF DOCUMENT]**

| Prepared by: | No opposition by: |
|---|---|
| _____/s/_____ | _____/s/_____ (with express permission) |
| Jonathan Clements | Jason Rogers |
| GA Bar No. 130051 | GA Bar No. 142575 |
| Attorney for Debtor | Chapter 13 Trustee |
| 501 Pulliam Street, SW | Suite 200 |
| Suite 130 | 260 Peachtree Street, NW |
| Atlanta, GA 30312 | Atlanta, GA 30303 |
| (404) 941-1414 Phone | (678) 992-1201 |
| (404) 941-1420 Fax | (678) 992-1202 Fax |

**DISTRIBUTION LIST**

Adam M. Goodman, Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Hooman Khoshnood
501 Pulliam Street, SW
Suite 130
Atlanta, GA 30312

Mary Reid Fields
6644 Delaware Bend
Fairburn, GA 30213

BUFFALO WATER
281 EXCHANGE ST.
BUFFALO, NY 14204

City of Buffalo - Division of Water
Attn: Ceara A. Fanelli
281 Exchange St.
Buffalo, NY 14204